**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 96-7390**

───────────────

MARC J. CRUMP,

                                   Petitioner - Appellant,

        versus

CHARLES E. THOMPSON, Warden,

                                   Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-95-300-AM)

───────────────

Submitted:  August 5, 1997          Decided:  September 3, 1997

───────────────

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Marc J. Crump, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Crump v. Thompson, No. CA-95-300-AM (E.D. Va. Aug. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2